## THOMAS HARNEY *v.* GEORGE K. MORTON.

1. CHANCERY: WRIT OF ASSISTANCE ISSUED WITHOUT NOTICE.—The writ of assistance in equity is, as between the parties and those claiming under them, tantamount to the writ of *habere facias possessionem* at law, and the defendant is not entitled to notice of complainant's application to obtain it.

2. HIGH COURT: WILL NOT GRANT WRIT OF ASSISTANCE.—This court will not grant a writ of assistance to execute a decree entered here; it will be issued by the Chancery Court from which the cause originally came to this court.

THIS was a motion by appellant to obtain a writ of assistance to put him in possession of the land which he had recovered by the decree of this court in this cause.

*J. L. Alcorn*, for the motion.

*W. Yerger*, contra.

PER CURIAM. This is a motion for a writ of assistance, to put the complainant in possession of the lands and premises adjudged by the decree of this court to be his property.

Two objections are made to the application:

1. That no notice of the same has been given to the appellees.

We are satisfied that no notice of the application is necessary. The decree expressly adjudicates the question of title to the lands and premises; and orders that the appellee, Morton, and those claiming under him, deliver possession thereof to the complainant. A notice of the application would, therefore, be useless; because the writ of assistance is tantamount in a court of equity, as between the parties and those claiming under them, to the writ of *habere facias possessionem* at law. *Valentine v. Tiller*, Hopkins Ch. 422.

2. That the application should be made to the Chancery Court.

This objection is valid, under the provision of the Rev. Code, 564, Art. 14. Under that statute the application for the writ of assistance, which is a mere execution of the decree, should be made to the court below. In that court, the issuance of the writ is a matter of course, without notice, being but an execution of the mandate of this court settling the question of the right of possession of the complainant.

Motion denied.